"O"



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA GRUBIC, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>THE LOS ANGELES SUPERIOR COURT, AND DOES 1 - 10,<br><br>Defendants. | CASE NO. CV09-4729 CAS PJWx<br><br>[~~PROPOSED~~] JUDGMENT |

On March 1, 2010, Defendant the Superior Court of California, County of Los Angeles' Motion to Dismiss the Second Amended Complaint in its Entirety and Alternative Motion to Strike Portions of the Second Amended Complaint, and Defendant's Request for Judicial Notice, came on for hearing in Courtroom 5 of the United States District Court, Central District of California, the Honorable Christina A. Snyder presiding. Fred Plevin of Paul, Plevin, Sullivan & Connaughton appeared for Defendant. Jon E. Drucker of the Law Offices of Jon E. Drucker appeared for Plaintiff Alicia Grubic.

After full consideration of the motion, including, all papers submitted by the parties and the oral arguments of counsel, the Court issued an order dated March 1, 2010, granting Defendant's motion to dismiss with prejudice, and denying Defendant's motion to strike as moot (the "March 1, 2010 Order"). A copy of the

1  March 1, 2010 Order is attached as Exhibit A. The March 1, 2010 Order disposes
2  of all claims in this action.
3      THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that
4  Judgment shall be, and hereby is, entered in favor of Defendant the Superior Court
5  of California, County of Los Angeles, and that Plaintiff Alicia Grubic take nothing.
6      IT IS SO ORDERED.

9  Dated: **March 31, 2010**      *Christina A. Snyder*
                                  HON. CHRISTINA A. SNYDER